

| | *State of New Jersey* | |
|---|---|---|
| PHILIP D. MURPHY<br>*Governor* | OFFICE OF THE ATTORNEY GENERAL<br>DEPARTMENT OF LAW AND PUBLIC SAFETY<br>DIVISION OF LAW<br>25 MARKET STREET<br>PO BOX<br>TRENTON, NJ 08625-0 | GURBIR S. GREWAL<br>*Attorney General* |
| SHEILA Y. OLIVER<br>*Lt. Governor* | | MICHELLE L. MILLER<br>*Director* |

DEBORAH A. HAY, DAG
NJ Bar ID 020522011
Deborah.hay@law.njoag.gov

May 9, 2019

**VIA ECF**
Hon. Lois G. Goodman, U.S.M.J.
UNITED STATES DISTRICT COURT
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Room 4015
Newark, NJ 07101

        Re:    **LaFrankie-Pricipato v. New Jersey Board of Public Utilities, et al.**
               **Civil Action No. 18-CV-02258**

Dear Judge Goodman:

    This office represents Defendants in the above-referenced matter. The parties recently submitted a joint letter outlining the outstanding discovery issues in this case. Assuming that the Court grants Defendants' requests for supplemental discovery, additional time will likely be needed to obtain, produce and review the Plaintiff and her son's medical records.

    Please be advised that I am scheduled to begin maternity leave later this month or early in June. At this point, it appears that discovery may end in this case while I am out of the office. In light of the circumstances, Defendants respectfully request that this matter be held in abeyance and the deadline for dispositive motions be adjourned until after I return to work in October.

    Thank you for your attention to this matter.

                                    Respectfully submitted,

                                    GURBIR S. GREWAL
                                    ATTORNEY GENERAL OF NEW JERSEY

        By:    */s/ Deborah A. Hay*
                      Deborah A. Hay, Deputy Attorney General

