

## State of New Jersey
OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
25 MARKET STREET
PO BOX
TRENTON, NJ 08625-0

PHILIP D. MURPHY
*Governor*

SHEILA Y. OLIVER
*Lt. Governor*

GURBIR S. GREWAL
*Attorney General*

MICHELLE L. MILLER
*Director*

DEBORAH A. HAY, DAG
NJ Bar ID 020522011
Deborah.hay@law.njoag.gov

May 9, 2019

**VIA ECF**
Hon. Lois G. Goodman, U.S.M.J.
UNITED STATES DISTRICT COURT
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Room 4015
Newark, NJ 07101

Re: **LaFrankie-Pricipato v. New Jersey Board of Public Utilities, et al.**
**Civil Action No. 18-CV-02258**

Dear Judge Goodman:

This office represents Defendants in the above-referenced matter. The parties recently submitted a joint letter outlining the outstanding discovery issues in this case. Assuming that the Court grants Defendants' requests for supplemental discovery, additional time will likely be needed to obtain, produce and review the Plaintiff and her son's medical records.

Please be advised that I am scheduled to begin maternity leave later this month or early in June. At this point, it appears that discovery may end in this case while I am out of the office. In light of the circumstances, Defendants respectfully request that this matter be held in abeyance and the deadline for dispositive motions be adjourned until after I return to work in October.

Thank you for your attention to this matter.

Respectfully submitted,

GURBIR S. GREWAL
ATTORNEY GENERAL OF NEW JERSEY

By: /s/ Deborah A. Hay
Deborah A. Hay, Deputy Attorney General

*Handwritten annotation:* Defendant's request that this matter be "held in abeyance" and deadline for dispositive motions be extended is DENIED. The outstanding discovery disputes will be addressed at the Settlement Conference on 7/8/19 @ 10AM.

So Ordered this 19th day of June, 2019

HUGHES JUSTICE COMPLEX • TELEPHONE: (609) 292-6252 • FAX: (609) 984-6446
*New Jersey Is An Equal Opportunity Employer • Printed on Recycled Paper and Recyclable*