**COSTELLO & MAINS, LLC**
By: Daniel T. Silverman
18000 Horizon Way, Suite 800
Mount Laurel, NJ 08054
(856) 727-9700
Attorneys for Plaintiff

IN THE UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SUSANNE LAFRANKIE-PRINCIPATO, | |
| Plaintiff(s), | CIVIL ACTION |
| vs. | DOCKET NO: 3:18-cv-02258-FLW-LHG |
| NEW JERSEY BOARD OF PUBLIC UTILITIES; STATE OF NEW JERSEY and JOHN DOES 1-5 AND 6-10, | **DISCOVERY ORDER** |
| Defendant(s). | |

This matter having come before the Court on July 8, 2019, and the Court having considered the positions of the parties, any opposition thereto, and heard arguments of counsel, and for other good cause shown:

It is on this  9th  day of July, 2019 hereby **ORDERED** as follows:

1. Defendants' request that Plaintiff produce records from her treatment with Dr. Cooperstein and Dr. Klein is **DENIED**.

2. Defendants' request that Plaintiff produce records within her possession relating to her son's September 13, 2016 emergency room visit is **GRANTED** and Plaintiff shall produce the same within fourteen (14) days of the date of this Order.

Hon. Zahid N. Quraishi, U.S.M.J.