# Costello & Mains, LLC

### Counselors at Law



**Kevin M. Costello**◊
**Deborah L. Mains**○
**Daniel T. Silverman**□
**Drake P. Bearden, Jr.** ◊□

**Michael J. Reilly** +
**Marisa J. Hermanovich** □
**Jacquelyn R. Matchett** □
**Stefanie Malone-Zeitz** □
**Christopher M. Emrich** □
**Kristy L. Krasowski** □
**Alicia R. Ivory** □

◊CERTIFIED BY THE SUPREME COURT OF
NEW JERSEY AS A CIVIL TRIAL ATTORNEY

o Member of the New Jersey, New York Bars.
+ Member of the New Jersey Bar
□ Member of the New Jersey, Pennsylvania Bars
∆ Pending Membership of the New Jersey Bar

**www.CostelloMains.com**
**(856) 727-9700**
**(856) 727-9797 (fax)**

March 06, 2020

**VIA ELECTRONIC FILING**
Hon.Zahid N. Quraishi, U.S.M.J.
United State District Court of New Jersey- Trenton
Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street
Trenton, NJ 08608

  Re: **Susanne LaFrankie-Principato v. New Jersey Board of Public Utilities, et al.**
    **Docket No. 3:18-cv-02258-FLW-LHG**

Dear Judge Quraishi:

  As you are aware, this firm represents the Plaintiff in this above indicated matter. This matter was dismissed subject to a settlement between the parties. Unfortunately, the State has defaulted on its obligation to make settlement payment to the Plaintiff.

  Accordingly, I write to respectfully that the Court schedule a Telephonic Conference to address the same.

  We thank the Court for its attention to this matter.

         So Ordered this ___9th___ day
         of ___March___, 20_20_

      Respectfully Submitted,

      **COSTELLO & MAINS, LLC**  Hon. Zahid N. Quraishi

    By: ___/s/Daniel T. Silverman___
       **Daniel T. Silverman**

DTS/vmc

*Telephone status call scheduled for 3/17/2020 at 2:30 PM Plaintiff to initiate.*

**18000 Horizon Way, Suite 800, Mt. Laurel, NJ 08054**