

| | **State of New Jersey** | |
|---|---|---|
| PHILIP D. MURPHY<br>*Governor* | OFFICE OF THE ATTORNEY GENERAL<br>DEPARTMENT OF LAW AND PUBLIC SAFETY<br>DIVISION OF LAW<br>25 MARKET STREET<br>PO Box 112<br>TRENTON, NJ 08625-0112 | GURBIR S. GREWAL<br>*Attorney General* |
| SHEILA Y. OLIVER<br>*Lt. Governor* | | MICHELLE L. MILLER<br>*Director* |

Daveon.Gilchrist@law.njoag.gov

April 20, 2020

**VIA ECF FILING**
Zahid N. Quraishi, U.S.M.J
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

>   Re:   **Susanne LaFrankie-Principato v. State of New Jersey, BPU, et al.**
>          Civil Action No. 3:18-cv-02258-FLW-ZNQ

Dear Judge Quraishi:

   I represent the Defendants in the above captioned matter. Plaintiff has requested a conference with the court in advance of an implied motion to enforce settlement. The Court has scheduled a conference for April 22, 2020.

   Please be advised that our client, New Jersey Board of Public Utilities, has advised that our investigator has received the settlement checks from their Fiscal Department today. The checks are being sent overnight mail to Mr. Silverman's office. Accordingly, Plaintiff counsel's concern is now moot. In light of this, I contacted Plaintiff's counsel's office to inquire if we can consent to seek to withdraw the request for the status conference. Please allow this letter to serve as such request that the conference be cancelled in light of payment tendered to Plaintiff counsel.

   Thank you for your consideration of this matter.

>   Respectfully submitted,
>
>   GURBIR S. GREWAL
>   **ATTORNEY GENERAL OF NEW JERSEY**
>
>   By:   */s/ Daveon M. Gilchrist*
>          Daveon M. Gilchrist
>          Deputy Attorney General

cc:   Daniel T. Silverman, Esq. (via ECF)



HUGHES JUSTICE COMPLEX • TELEPHONE: (609) 376-2440 • FAX: (609) 777-3607
*New Jersey Is An Equal Opportunity Employer • Printed on Recycled Paper and Recyclable*